Writs denied. Because there are as yet no perfected bills of exceptions we could not consider any evidence adduced in the proceedings in the trial court. Consequently, the demand for a transcript is premature. Besides, the alleged errors in the court's overruling the motion of the accused to quash and to suppress evidence can and must be raised on appeal in the event of his conviction.

216 So.2d 308

**JEFFERSON DOWNS, INC., and Zurich Insurance Company**

**v.**

**AMERICAN GENERAL INSURANCE COMPANY and American Employers Insurance Company.**

**No. 49557.**

Dec. 20, 1968.

In re American Employers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 214 So.2d 244.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.